AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jorge Alfredo Chajon-Boror

United States District Court
Southern District of Texas
FILED
NOV 14 2018
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-18-2352-M

IAE    YOB: 1986
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 12, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jorge Alfredo Chajon-Boror was encountered by Border Patrol Agents near Sullivan City, Texas on November 12, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 12, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 07, 2018, through Phoenix, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 9, 2018, the Defendant was convicted of 8 USC 1326 and was sentenced to eleven months (11) confinement.

Approved AUSA Laura Garcia
J-J

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

__November 14, 2018__

Signature of Complainant
Mickel Gonzalez          Senior Patrol Agent

**J. Scott Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer